# EXHIBIT A

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,246,893
Registered May 29, 2007

## SERVICE MARK
### PRINCIPAL REGISTER



BUC-EE'S, LTD. (TEXAS LIMITED PARTNER-
   SHIP)
327 FM 2004
LAKE JACKSON, TX 77566

   FOR: RETAIL STORE SERVICES FEATURING CONVENIENCE STORE ITEMS AND GASOLINE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

   FIRST USE 7-1-1982; IN COMMERCE 7-1-1982.

   THE COLOR(S) YELLOW, RED, BROWN, BLACK AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

   THE MARK CONSISTS OF A BROWN AND WHITE BEAVER HEAD WEARING A RED BASEBALL CAP WITHIN A YELLOW CIRCLE ALL OUTLINED IN BLACK.

SER. NO. 78-854,772, FILED 4-5-2006.

ALLISON SCHRODY, EXAMINING ATTORNEY