# EXHIBIT C



# United States of America
## United States Patent and Trademark Office

# BUC-EE'S

**Reg. No. 3,763,277**
Registered Mar. 23, 2010

**Int. Cl.: 35**

**SERVICE MARK**
**PRINCIPAL REGISTER**

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004
LAKE JACKSON, TX 77566

FOR: RETAIL STORE SERVICES FEATURING CONVENIENCE STORE ITEMS AND GAS-
OLINE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-1-1982; IN COMMERCE 7-1-1982.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-853,252, FILED 4-4-2006.

ALLISON SCHRODY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office