# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Buc-ee's, Ltd., <br><br>     Plaintiff, <br><br> v. <br><br> 2 Wiseman Enterprises, LLC d/b/a Duckees Drive Thru, <br><br>     Defendant. | Case No. 3:24-cv-05088-RK <br><br> The Honorable Roseann A. Ketchmark <br><br> Jury Trial Demanded |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

COME NOW, Plaintiff, Buc-ee's, Ltd., by and through its attorneys of record, and Defendant, 2 Wiseman Enterprises, LLC d/b/a Duckees Drive Thru, by and through its attorneys of record, and move the Court for entry of an agreed Protective Order for confidentiality under Rule 26(c) of the Federal Rules of Civil Procedure, which is attached hereto as Exhibit 1. In support of this motion, the parties state as follows:

1. The parties have and will propound discovery requests that the parties believe will require the disclosure of confidential information, including trade secrets and other non-public and confidential technical, commercial, financial and business information.

2. The parties wish to have this information protected from public disclosure. Rule 26(c) provides that the Court, for good cause shown, may issue a protective order, requiring, among other things, that a trade secret or other non-public and confidential technical, commercial, financial and business information be revealed only in a specified way.

1

3. Good cause exists for entry of a protective order in this case, in that the parties have in good faith negotiated the attached agreed protective order, and believe that this order appropriately protects the confidentiality interests of the parties.

WHEREFORE, the parties request that the Court enter the attached agreed protective order and for any other relief the court deems appropriate.

Dated: March 28, 2025

Respectfully Submitted,

By: */s/C. Bradley Tuck*
C. Bradley Tuck, Mo. Bar No. 35505
Evans & Dixon, L.L.C.
4905 S. National Ave., Building B
Springfield, Missouri 65810
Phone: (417) 882-4700
Facsimile: (417) 882-4927
btuck@evans-dixon.com

Joseph J. Berghammer (*pro hac vice*)
Illinois Bar No. 6273690
Janice V. Mitrius (*pro hac vice*)
Illinois Bar No. 6243513
Anthony J. Denis (*pro hac vice*)
Illinois Bar No. 6329599
Banner & Witcoff, Ltd.
71 South Wacker Drive
Suite 3600
Chicago, IL 60606-7407
Phone: (312) 463-5000
Facsimile: (312) 463-5001
jberghammer@bannerwitcoff.com
jmitrius@bannerwitcoff.com
adenis@bannerwitcoff.com

**ATTORNEYS FOR PLAINTIFF
BUC-EE'S, LTD.**

By: */s/Anna M. Berman (with permission)*
Anna M. Berman, MO #61637
Bryan Stanley MO #52388
KUTAK ROCK LLP
2405 Grand Boulevard, Suite 600
Kansas City, MO 64108-2519
Phone: (816) 960-0090
Facsimile: (816) 960-0041
Anna.berman@kutakrock.com
Bryan.Stanley@KutakRock.com

D. Dean Kirk II MO #71551
KUTAK ROCK LLP
300 S. John Q. Hammons Pkwy., Ste 800
Springfield, MO 5806
Phone: 417-720-1410
Facsimile: 417-720-1411
Dean.Kirk@KutakRock.com

**ATTORNEYS FOR DEFENDANT 2
WISEMAN ENTERPRISES, LLC**